UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC., <br><br> Plaintiff, <br><br> v. <br><br> F5, INC., ET AL., <br><br> Defendants. | Case No. 21-cv-09529-YGR <br><br> **SCHEDULING ORDER FOR PATENT CASE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates:

| EVENT | DEADLINE |
|---|---|
| INITIAL DISCLOSURES: | March 28, 2022 |
| PATENT L.R. 3-1 AND 3-2: INFRINGEMENT CONTENTIONS AND RELATED DOCUMENT DISCLOSURE: | March 28, 2022 |
| PATENT L.R. 3-3 AND 3-4: INVALIDITY CONTENTIONS AND RELATED DOCUMENT DISCLOSURE: | May 12, 2022 |
| PATENT L.R. 4-1: EXCHANGE OF PROPOSED TERMS FOR CONSTRUCTION: | June 17, 2022 |
| PATENT L.R. 4-2: EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE: | July 15, 2022 |
| COMPLIANCE DEADLINE RE: IPR (*SEE* PAGE 2) | August 12, 2022 at 9:01 a.m. |
| PATENT L.R. 3-8: DAMAGE CONTENTIONS: | August 19, 2022 |
| PATENT L.R. 4-3: JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT: | August 19, 2022 |
| PATENT L.R. 3-9: RESPONSIVE DAMAGES CONTENTIONS: | September 23, 2022 |
| PATENT L.R. 4-4: COMPLETION OF CLAIM | September 23, 2022 |

| | |
|---|---|
| CONSTRUCTION DISCOVERY: | |
| PATENT L.R. 4-5(a): OPENING CLAIM CONSTRUCTION BRIEF: | October 21, 2022 |
| PATENT L.R. 4-5(b): RESPONSIVE CLAIM CONSTRUCTION BRIEF: | November 18, 2022 |
| PATENT L.R. 4-5(c): REPLY CLAIM CONSTRUCTION BRIEF: | December 2, 2022 |
| PATENT L.R. 4-6: CLAIM CONSTRUCTION HEARING AND TUTORIAL: | Tutorial: December 14, 2022 at 2:00 p.m. <br> Hearing: January 11, 2023 at 2:00 p.m. |

The compliance deadline on Friday, August 12, 2022 at 9:01 a.m. is intended to update the Court on the status of IPR institution decisions. The compliance deadline hearing if needed, shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1 via videoconference. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT updating the court on the status of the IPR institution decisions or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance deadline will be taken off calendar. Failure to do so may result in sanctions.

As discussed at the case management conference, the Court will set additional trial dates and trial related deadlines after claim construction.

Modification to this order may be done pursuant to a separate Court Order.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Patent Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 23, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE