Christopher E. Hanba (*pro hac vice*)
Email: chanba@dickinson-wright.com
Joshua G. Jones (*pro hac vice*)
Email: jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

David Shane Brun (State Bar No. 179079)
Email: sbrun@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1245
Facsimile: (415) 318-1300

Jonathan D. Baker (State Bar No. 196062)
Email: jdbaker@dickinson-wright.com
Mark H. Rogge (State Bar No. 298381)
Email: mrogge@dickinson-wright.com
Dino Hadzibegovic (State Bar No. 267489)
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

Angela Tarasi (*Pro Hac Vice*)
Email: atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

*Attorneys for Plaintiff*
*SunStone Information Defense, Inc., a Delaware Corporation*

*Attorneys for Defendants*
*F5, Inc., a Washington Corporation and Capital One Financial Corporation, a Virginia Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC., a Washington corporation, and CAPITAL ONE FINANCIAL CORPORATION, a Virginia Corporation<br><br>Defendant. | Case No. 4:21-cv-09529-YGR<br><br>**JOINT STIPULATION TO STAY CASE AGAINST CAPITAL ONE FINANCIAL CORPORATION AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12, Plaintiff SunStone Information Defense, Inc. ("SunStone") and Defendants F5, Inc. ("F5") and Capital One Financial Corporation ("Capital One") (collectively, the "Parties"), stipulate and agree as follows:

WHEREAS, on January 22, 2021, SunStone filed its Complaint against F5 and Capital One in the U.S. District Court for the Eastern District of Virginia alleging infringement of United States Patent Nos. 9,122,870 ("the '870 Patent"), 10,230,759 ("the '759 Patent"), and United States Patent Application Serial No. 16/298,537 [1] ("the '682 Patent") (collectively, the "Asserted Patents"). (Dkt. 1.)

WHEREAS, on March 19, 2021, F5 filed its Motion to Transfer Case to the Northern District of California Pursuant to 28 U.S.C. § 1404(a). (Dkt. 27.)

WHEREAS, on April 7, 2021, Capital One filed its Motion to Sever and Stay or, Alternatively, Transfer Venue Pursuant to 28 U.S.C. § 1404(a). (Dkt. 34.)

WHEREAS, on October 7, 2021, SunStone filed an Unopposed Leave to File Amended Complaint. (Dkt. 56).

WHEREAS, on December 7, 2021, the U.S. District Court for the Eastern District of Virginia granted F5's Motion to Transfer (Dkt. 27) under 28 U.S.C. § 1404(a). (Dkt. 59.)

WHEREAS, on March 7, 2022, the Parties filed their Joint Case Management Statement indicating the Parties' agreement to stay SunStone's claims against Capital One pending the outcome of the case between SunStone and F5 and mooting Capital One's pending Motion to Sever and Stay (Dkt. 34). (Dkt. 83 at p. 5.)

WHEREAS, on March 14, 2022, the Court granted SunStone's Unopposed Leave to File Amended Complaint (Dkt. 56). (Dkt. 87).

WHEREAS, on March 28, 2022, SunStone filed an Amended Complaint against F5 and Capital One. (Dkt. 89.)

WHEREAS, for purposes of judicial economy and to avoid the unnecessary expenditure of resources, the Parties agree this case should be stayed against Capital One immediately pending the outcome of the case between SunStone and F5.

---

[1] Since the filing of the Complaint, Application Serial No. 16/298,537 issued as U.S. Patent No. 10,958,682.

NOW THEREFORE IT IS HEREBY STIPULATED by the Parties, through their respective counsel, that the case is stayed against Capital One immediately and in its entirety pending the outcome of the present case between SunStone and F5.

| | |
|---|---|
| Dated: March 29, 2022 | Respectfully submitted, |
| DICKINSON WRIGHT PLLC | KING & SPALDING LLP |
| */s/ Christopher E. Hanba* <br> Christopher E. Hanba (*pro hac vice*) | */s/ David Shane Brun* <br> David Shane Brun (State Bar No. 179079) |
| **Attorney for Plaintiff** <br> **SunStone Information Defense Inc.** | **Attorney for Defendants** <br> **F5, Inc. and Capital One Financial Corporation** |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  March 29, 2022          KING & SPALDING LLP

                                By: /s/ *David Shane Brun*

                                David Shane Brun (State Bar No. 179079)

**[PROPOSED] ORDER**

The Parties' Joint Stipulation to Stay Case Against Capital One Financial Corporation is GRANTED and it is hereby ORDERED that the case against Capital One Financial Corporation be stayed until further notice of this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____    _____

Honorable Yvonne Gonzalez Rogers

United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was electronically filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day.

Dated:  March 29, 2022

KING & SPALDING LLP

By: /s/ *David Shane Brun*

David Shane Brun (State Bar No. 179079)