Christopher E. Hanba (*pro hac vice*)
Email: chanba@dickinsonwright.com
Joshua G. Jones (*pro hac vice*)
Email: jjones@dickinsonwright.com
Michael D. Saunders (State Bar No. 259692)
Email:  msaunders@dickinsonwright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
Email:  jdbaker@dickinsonwright.com
Dino Hadzibegovic (State Bar No. 267489)
Email:  dhadzibegovic@dickinsonwright.com
Mark H. Rogge (State Bar No. 298381)
Email:  mrogge@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC., <br><br> Plaintiff, <br><br> v. <br><br> F5, INC., <br><br> Defendant(s). | Case No. 4:21-cv-09529 YGR <br><br> **PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT** |



1

PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT                                                   CASE NO. 4:21-CV-09529-YGR

Pursuant to Patent L.R. 4-3, Plaintiff Sunstone Information Defense, Inc. and Defendant F5, Inc., submit this Joint Claim Construction and Pre-Hearing Statement.

## I. PATENT L.R. 4-3(a): AGREED CLAIM CONSTRUCTIONS

The parties have reached an agreement as to the constructions of the following terms/phrases found in U.S. Patent Nos. 9,122,870 ("the '870 patent," attached hereto as Exhibit B); 10,230,759 ("the '759 patent," attached hereto as Exhibit C); and/or 10,958,682 ("the '682 patent," attached hereto as Exhibit D):

| Term | Agreed Construction |
| --- | --- |
| **"Hard information"**<br><br>Found in claim numbers:<br>'870 Patent, Claim 7<br><br>'759 Patent,<br>Claims 1, 3, 5, 6, 8, 9, 11, 15, 17 | transactional text and/or data displayed by a client device |

## II. PATENT L.R. 4-3(b): DISPUTED CLAIM CONSTRUCTIONS

The parties have proposed constructions for each of the disputed claim terms/phrases, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction in the attached Exhibit A hereto.

Either party may also rely on intrinsic and/or extrinsic evidence identified by the other party, and any evidence obtained through claim construction discovery. A party may supplement its claim construction positions and/or supporting evidence in response to any change of position by the other party, or for other good cause.

## III. PATENT L.R. 4-3(c): MOST SIGNIFICANT CONSTRUCTIONS

Because, as shown in Exhibit A hereto, there are 10 or fewer disputed terms, the parties identify each of the terms in Exhibit A as potentially significant to the resolution of the case.

As set forth in in Exhibit A hereto, Plaintiff's and Defendant's impact statements for each of the disputed terms identify which terms each party contends are case or claim dispositive.

### IV. PATENT L.R. 4-3(d): LENGTH OF CLAIM CONSTRUCTION HEARING

The parties anticipate that the claim construction hearing will take approximately two (2) hours, with the time split equally between the parties.

### V. PATENT L.R. 4-3(e): LIVE WITNESS TESTIMONY

The parties do not intend to present live witness testimony on claim construction.

### VI. PATENT L.R. 4-3(f): REQUESTED FACTUAL FINDINGS

The parties do not request any factual findings related to construction of the disputed terms.

Dated: August 19, 2022

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: */s/ Christopher E. Hanba*
Christopher E. Hanba (*pro hac vice*)
chanba@dickinsonwright.com
Joshua G. Jones (pro hac vice)
jjones@dickinsonwright.com
Michael D. Saunders (State Bar No. 259692)
msaunders@dickinsonwright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
jdbaker@dickinsonwright.com
Dino Hadzibegovic (State Bar No. 267489)
dhadzibegovic@dickinsonwright.com
Mark H. Rogge (State Bar No. 298381)
mrogge@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

*Attorneys for Plaintiff*
*Sunstone Information Defense, Inc.*



|   |   |
|---|---|
| 1 | KING & SPALDING LLP |
| 2 | By: */s/ Shane Brun* |
| 3 | Shane Brun  (State Bar No. 179079)<br>601 California Street, Suite 100 |
| 4 | Palo Alto, California 94304<br>Telephone: (650) 422-6700 |
| 5 | Facsimile: (650) 422-6800 |

KING & SPALDING LLP

By: */s/ Shane Brun*
Shane Brun  (State Bar No. 179079)
601 California Street, Suite 100
Palo Alto, California 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
Brynna Wasserman (*Pending Pro Hac Vice*)
bwasserman@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

 Brent Ray (*Pro Hac Vice*)
bray@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6925

Stephen E. Baskin (*Pending Pro Hac Vice*)
sbaskin@kslaw.com
Peter Schmidt (*Pro Hac Vice*)
pschmidt@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, 2nd Fl.
Washington, DC 20006-4707
Telephone: (202) 737-0500

*Attorneys for Defendant
F5, Inc.*

