# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** December 14, 2022 | **Time:** 2:41 – 3:40 | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.:** 21-cv-09529-YGR | **Case Name:** Sunstone Information Defense, Inc. v. F5 Networks, Inc. | |

**Attorneys for Plaintiff:** Ariana Pellegrino, Christopher Hanba, Michael Saunders,

**Attorneys for Defendants:** Angela Tarasi, Shane Brun, Zachary Coots

| | |
|---|---|
| **Deputy Clerk:** Aris Garcia | **Reported by:** Recorded via Liberty |

### PROCEEDINGS

Tutorial held.

Claim Construction Hearing continued 1/13/2023 at 1:00 p.m.

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          ( )   Court