UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUNSTONE INFORMATION DEFENSE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**F5, INC.,**<br><br>Defendant. | Case No. 4:21-cv-09529-YGR<br><br>**SCHEDULING ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On March 30, 2023, the Court issued its Claim Construction ruling. The parties are reminded to follow the Court's standing order regarding motions for summary judgment. Accordingly, the Court issues the following schedule:

**SCHEDULE**

| | |
|---|---|
| ADVICE OF COUNSEL, PLR 3-7 | Tuesday, April 25, 2023 |
| CLOSE OF FACT DISCOVERY | Friday, May 12, 2023 |
| INITIAL EXPERT DISCLOSURE | Friday, June 9, 2023 |
| REBUTTAL EXPERT DISCLOSURE | Friday, July 7, 2023 |
| CLOSE OF EXPERT DISCOVERY | Friday, August 4, 2023 |
| LAST DAY TO FILE DAUBERT AND SUMMARY JUDGMENT MOTIONS | Friday, September 8, 2023 |
| COMPLIANCE CALENDAR | Friday, February 9, 2024 |
| PRETRIAL CONFERENCE | Friday, February 16, 2024 |

| Jury Trial | Monday, March 18, 2024 |
|---|---|

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, February 9, 2024 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. All compliance deadlines are decided on the papers and personal appearances are not necessary. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

Parties are advised that while the Court set a trial date in this action, the trial date may be advanced if the calendar opens. Said trial date will not be sooner than eight (8) weeks after the close of discovery.

Modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules may be done pursuant to a separate Court Order.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**It Is So Ordered**.

Date: 4/4/2023

_____
**Yvonne Gonzalez Rogers**
**United States District Judge**