Shane Brun (SBN #179079)
sbrun@kslaw.com
KING & SPALDING LLP
601 California Street, Suite 100
Palo Alto, California 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

[Additional Counsel Listed On
Signature Page]

***Attorneys for Defendant F5, Inc.***

Christopher E. Hanba (admitted *pro hac vice*)
chanba@dickinson-wright.com
Joshua G. Jones (*pro hac vice* pending)
jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone:  (512) 770-4200
Facsimile:  (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
jdbaker@dickinson-wright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone:  (408) 701-6100
[Additional Counsel Listed On Signature
Page]

***Attorneys for Plaintiff SunStone
Information Defense, Inc.***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>F5, INC.<br><br>            Defendant | Case No. 4:21-cv-09529-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION OF DISMISSAL AND ENTRY OF FINAL JUDGMENT** |

Plaintiff SunStone Information Defense, Inc. ("SunStone") and Defendant F5, Inc. ("F5"; collectively with SunStone, the "Parties"), by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1.    This is a patent infringement action brought by SunStone against F5. On January 22, 2021, Sunstone brought this patent infringement action against F5 and Capital One Financial Corporation ("Capital One") in the Eastern District of Virginia. (Dkt. No. 1.)

2.    This Court has jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338.

3.    The Patents-in-Suit in this action are U.S. Patent Nos. 9,122,870 (the "'870 Patent"), 10,230,759 (the "'759 Patent"), and 10,958,682 (the "'682 Patent") (collectively, the "Patents-in-Suit").  SunStone is the owner by assignment of the Patents-in-Suit.

4.    On December 7, 2021, the Court in the Eastern District of Virginia granted F5's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).

5.    Pursuant to Stipulation of Dismissal of Claims based on U.S. Patent No. 10,230,759, SunStone's Third and Fourth Causes of Action of the Amended Complaint and F5's Count II and V of its Amended Answer and Counterclaims were dismissed with prejudice.  (Dkt. No. 118).

6.    In this action, SunStone has asserted claims 1-21, 37-39, and 42-43 of the '870 Patent and claims 1-2, 4-11, and 21-31 of the '682 patent. No other claims have been asserted.

7.    On August 19, 2022, the Parties submitted a Joint Claim Construction and Pre-Hearing Statement (Dkt. No. 111), providing a list of disputed terms for construction. That list included nine terms, seven of which were potentially indefinite as alleged by F5.

8.    The Court held a technology tutorial on December 14, 2022.

9.    The Court held the *Markman* hearing on January 11, 2023.

10.    On March 30, 2023, the Court entered a Claim Construction Order (Dkt. No. 146), which found, in relevant part, that the following five disputed terms are indefinite: "transactional information," "presentation information," "estimating a label of the presentation information," "soft information," and "estimating a utilization of a codeword set."

11.    Subject to SunStone's rights to appeal, the Parties therefore stipulate and agree to entry of this Final Judgment in favor of F5 and against SunStone that the asserted claims of the Patents-in-Suit are invalid as indefinite for the reasons set forth in the Court's Claim Construction Order (Dkt. No. 146), for purposes of allowing appeal of the foregoing order.[1]

12.    The Parties further stipulate and agree that F5's unadjudicated counterclaims of Non-Infringement of the '870 Patent, Non-Infringement of the '682 Patent, Invalidity of the '870 Patent, and Invalidity of the '682 Patent are dismissed without prejudice in view of the Court's claim construction (Dkt. No. 146), and without prejudice to reassert its affirmative defenses and counterclaims in the event of remand or other assertions by SunStone under the Patents-in-Suit. For the sake of clarity, this dismissal is not intended to dismiss any post judgment claim(s) or motion(s) relating to an "exceptional case" determination, pursuant to 35 U.S.C. § 285, or other bases for the award of attorneys' fees and/or costs, the timing of which is governed by Fed. R. Civ. P. 54(d)(1) and (2)).

13.    This Stipulated Order of Dismissal and Final Judgment is without prejudice to the Parties' rights to appeal this Final Judgment, the Court's Claim Construction Order (Dkt. No. 146), or any future orders issued by the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

---

[1] For the purposes of clarity, SunStone specifically objects to each construction in the Court's Claim Construction Order (Dkt. No. 146), but SunStone acknowledges that such order forecloses continued litigation of the asserted claims unless overturned, at least in part, on appeal.

1    Dated: May 26, 2023                              Respectfully submitted,

2    DICKINSON WRIGHT PLLC                            KING & SPALDING LLP

3    */s/ Christopher E. Hanba*                       By: */s/ Angela Tarasi*
                                                      Angela Tarasi
4    Christopher E. Hanba (admitted *pro hac vice*)

5    Christopher E. Hanba (Pro Hac Vice)             Shane Brun
     chanba@dickinsonwright.com                       601 California Street, Suite 100
6    Michael D. Saunders (State Bar No. 259692)       Palo Alto, California 94304
     msaunders@dickinsonwright.com                    Telephone: (650) 422-6700
7    Joshua G. Jones (Pro Hac Vice)                   Facsimile: (650) 422-6800
     jjones@dickinsonwright.com
8    Bryan D. Atkinson (Pro Hac Vice)                 Angela Tarasi (*Pro Hac Vice*)
     batkinson@dickinsonwright.com                    atarasi@kslaw.com
9    Jordan E. Garsson (Pro Hac Vice)                 KING & SPALDING LLP
     jgarsson@dickinsonwright.com                     1401 Lawrence Street, Suite 1900
10   DICKINSON WRIGHT PLLC                            Denver, CO 80202
     607 W. 3rd Street, Suite 2500                    Telephone: (720) 535-2319
11   Austin, Texas 78701
     Telephone: (512) 770-4200
12   Facsimile: (844) 670-6009

13

14   Ariana D. Pellegrino (Pro Hac Vice)
     apellegrino@dickinsonwright.com
15   DICKINSON WRIGHT PLLC
     2600 W. Big Beaver Rd., Suite 300
16   Troy, Michigan 48084
     Telephone: (248) 433-7200
17   Facsimile: (844) 670-6009

18

19   Jonathan D. Baker (State Bar No. 196062)         Brent Ray (*Pro Hac Vice*)
     jdbaker@dickinsonwright.com                      bray@kslaw.com
20   Dino Hadzibegovic (State Bar No. 267489)         KING & SPALDING LLP
     dhadzibegovic@dickinsonwright.com                110 N. Wacker Drive, Suite 3800
21   Mark H. Rogge (State Bar No. 298381)             Chicago, IL 60606
     mrogge@dickinsonwright.com                       Telephone: (312) 764-6925
22   DICKINSON WRIGHT RLLP
     800 W. California Avenue, Suite 110              Stephen E. Baskin (*Pro Hac Vice*)
23   Sunnyvale, CA 94086                              sbaskin@kslaw.com
     Telephone: (408) 701-6100                        Peter Schmidt (*Pro Hac Vice*)
24   Facsimile: (844) 670-6009                        pschmidt@kslaw.com
                                                      KING & SPALDING LLP
25                                                    1700 Pennsylvania Ave., NW, 2nd Fl.
     **Attorney for Plaintiff**                       Washington, DC 20006-4707
26   **SunStone Information Defense Inc.**            Telephone: (202) 737-0500

27                                                    **Attorneys for Defendant F5, Inc.**

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Upon consideration of Plaintiff SunStone Information Defense, Inc. and Defendant F5, Inc.'s Joint Stipulation Of Dismissal And Entry Of Final Judgment:

IT IS ORDERED that the Joint Stipulation and Final Judgment is granted and final judgment is entered in the above-captioned case.

IT IS FURTHER ORDERED that all other claims, counterclaims, defenses, or other matters which have been asserted (except for any claim(s) or motion(s) relating to an "exceptional case" determination pursuant to 35 U.S.C. § 285 or other bases for the award of attorneys' fees and/or costs, the timing of which is governed by Fed. R. Civ. P. 54(d)(1) and (2), and Fed. R. Civ. P. 58(e)) are hereby DISMISSED WITHOUT PREJUDICE.

Dated: 5/26/2023

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge