1 | Christopher E. Hanba (*pro hac vice*)
chanba@dickinsonwright.com
2 | Michael D. Saunders (State Bar No. 259692)
msaunders@dickinsonwright.com
3 | Joshua G. Jones (*pro hac vice*)
jjones@dickinsonwright.com
4 | DICKINSON WRIGHT PLLC
5 | 607 W. 3rd Street, Suite 2500
Austin, Texas 78701
6 | Telephone: (512) 770-4200
Facsimile: (844) 670-6009

8 | Ariana D. Pellegrino (*pro hac vice*)
apellegrino@dickinsonwright.com
9 | DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
10 | Troy, Michigan 48084
Telephone: (248) 433-7200
11 | Facsimile: (844) 670-6009

12 | [Additional Counsel Listed On Signature Page]

14 | *Attorneys for Plaintiff*
*SunStone Information Defense, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC., | Case No. 4:21-cv-09529 YGR |
| Plaintiff, | Hon. Yvonne Gonzalez Rogers |
| v. | |
| F5, INC., | **JOINT STIPULATION OF DISMISSAL** |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SunStone Information Defense, Inc. ("Plaintiff") and Defendant Capital One Financial Corporation ("Defendant") hereby state that the parties have resolved all matters in controversy between them. Accordingly, the parties stipulate that the parties' claims should be dismissed **WITH PREJUDICE**.

For this reason, the parties ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

1  Dated: December 23, 2024

2  Respectfully submitted,

3  DICKINSON WRIGHT PLLC

4  /s/ *Christopher E. Hanba*
   Christopher E. Hanba
5

6  Christopher E. Hanba (*Pro Hac Vice*)
   chanba@dickinsonwright.com
7  Michael D. Saunders (State Bar No. 259692)
   msaunders@dickinsonwright.com
8  Joshua G. Jones (*Pro Hac Vice*)
   jjones@dickinsonwright.com
9  Bryan D. Atkinson (*Pro Hac Vice*)
   batkinson@dickinsonwright.com
10 Jordan E. Garsson (*Pro Hac Vice*)
   jgarsson@dickinsonwright.com
11 DICKINSON WRIGHT PLLC
12 607 W. 3rd Street, Suite 2500
   Austin, Texas 78701
13 Telephone: (512) 770-4200
14 Facsimile: (844) 670-6009

15 Ariana D. Pellegrino (*Pro Hac Vice*)
   apellegrino@dickinsonwright.com
16 DICKINSON WRIGHT PLLC
17 2600 W. Big Beaver Rd., Suite 300
   Troy, Michigan 48084
18 Telephone: (248) 433-7200
   Facsimile: (844) 670-6009
19
   Jonathan D. Baker (State Bar No. 196062)
20 jdbaker@dickinsonwright.com
21 Dino Hadzibegovic (State Bar No. 267489)
   dhadzibegovic@dickinsonwright.com
22 Mark H. Rogge (State Bar No. 298381)
   mrogge@dickinsonwright.com
23 DICKINSON WRIGHT RLLP
   800 W. California Avenue, Suite 110
24 Sunnyvale, CA 94086
25 Telephone: (408) 701-6100
   Facsimile: (844) 670-6009
26
   *Attorneys for Plaintiff*
27 *SunStone Information Defense, Inc.*

28

KING & SPALDING LLP

By: */s/ Shane Brun*
Shane Brun

Shane Brun
601 California Street, Suite 100
Palo Alto, California 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

Brent Ray (*Pro Hac Vice*)
bray@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6925

Stephen E. Baskin (*Pro Hac Vice*)
sbaskin@kslaw.com
Peter Schmidt (*Pro Hac Vice*)
pschmidt@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, 2nd Fl.
Washington, DC 20006-4707
Telephone: (202) 737-0500

*Attorneys for Defendant Capital One Financial Corporation*

2

JOINT STIPULATION OF DISMISSAL                                CASE NO. 4:21-cv-09529 YGR

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Upon consideration of Plaintiff SunStone Information Defense, Inc.'s and Defendant Capital One Financial Corporation's Joint Stipulation of Dismissal:

**IT IS ORDERED** that the Joint Stipulation of Dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims for relief asserted between the parties are hereby dismissed **WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 30, 2024

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge