Christopher E. Hanba (*Pro Hac Vice*)
chanba@dickinsonwright.com
Michael D. Saunders (State Bar No. 259692)
msaunders@dickinsonwright.com
Joshua G. Jones (*Pro Hac Vice*)
jjones@dickinsonwright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Ariana D. Pellegrino (*Pro Hac Vice*)
apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200
Facsimile: (844) 670-6009

[Additional Counsel Listed On Signature Page]

*Attorneys for Plaintiff*
*SunStone Information Defense, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>F5, INC.,<br><br>Defendant(s). | Case No. 4:21-cv-09529 YGR<br><br>**PLAINTIFF SUNSTONE INFORMATION DEFENSE, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  February 11, 2025<br>Time:  2:00 p.m. PT<br>Court Rm: 1, 4th Floor |



**TO DEFENDANTS AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE:**

Plaintiff SunStone Information Defense, Inc. has set a hearing before the Honorable Judge Yvonne Gonzalez Rogers for February 11, 2025 at 2:00 p.m. PT for Plaintiff's Unopposed Motion to Vacate Judgment and Claim Construction Order Pursuant to Fed. R. Civ. P. 60(b) ("Motion"). The hearing and Motion are supported by the Declaration of Christopher Hanba and exhibit thereto, the supporting Memorandum of Points and Authorities, and any arguments to be made at oral argument. Please take notice that the February 11, 2025 hearing will take place in person at the Oakland Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiff SunStone Information Defense, Inc. ("SunStone") respectfully files this Administrative Motion For Leave to File Documents Under Seal. The materials include certain confidential portions of SunStone's Motion and confidential exhibits attached to the Declaration of Christopher E. Hanba In Support of SunStone's Motion, filed concurrently with this Motion. Counsel for F5 does not oppose this Motion.

**I.      LEGAL STANDARD**

The public holds a presumptive right of access to public records, including pretrial filings in civil cases. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *In re Midland Nat. Life Ins. Co. Annuity Sales Pracs. Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012). Generally, a party seeking to seal a judicial record bears the burden of overcoming this presumption by articulating "compelling reasons supported by specific factual findings" to justify sealing the records at issue. *Kamakana*, 447 F.3d at 1178. However, "the usual presumption of the public's right to access does not apply to non-dispositive motions with the same strength it applies to dispositive motions." *Dugan v. Lloyds TSB Bank, PLC*, 2013 WL 1435223, at *1 (N.D. Cal. Apr. 9, 2013) (citing *In re Midland*, 686 F.3d at 1119). Because a motion to determine whether vacatur is warranted based on the parties' settlement is only tangentially related to the merits of the underlying cause of action, it constitutes a non-dispositive motion. *See id.* at 1179 (quotations omitted). In the context of non-dispositive motions, the party seeking to place and keep information under seal need only make a showing of good cause. *See id.* at *1-2.



- 2 -

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL                    CASE NO. 4:21-CV-09529-YGR

1  "[T]o to the extent that the documents discuss or disclose the terms of [a Settlement Agreement agreed to by the parties], good cause exists to permit filing under seal." *Prosurance Grp., Inc. v. Liberty Mut. Grp., Inc*., No. 10-CV-2600-LHK, 2011 WL 704456, at *1 (N.D. Cal. Feb. 18, 2011) (citing *Phillips ex rel. Estates of Byrd v. General Motors Corp*., 307 F.3d 1206, 1212 (9th Cir. 2002) (noting that courts have granted protective orders to protect confidential settlement agreements); *Shinn v. Baxa Corp*., No. 07–cv–01648, 2008 U.S. Dist. LEXIS 57681, *4-5 (D. Nev. July 7, 2008) (permitting parties to file under seal settlement agreement that was the subject of motion)).

The Stipulated Protective Order filed as Modified by this Court ("Protective Order") provides the process for filing information under seal in this matter in Section 15.4 "Filing Protected Material." Doc. No. 96.

**II.    MATERIALS SOUGHT TO BE SEALED BY PLAINTIFF SUNSTONE**

SunStone submits that compelling reasons exist for the sealing of the following documents and portions of documents identified in the table below:

| Document To Be Filed Under Seal | Portion Under Seal | Description of Sealable Information |
|---|---|---|
| Exhibit A | Entire Exhibit | Confidential Settlement Agreement entered into by SunStone and F5 on December 20, 2024, providing the exact terms of the settlement between the parties. |

SunStone does not seek to conceal the parties' arguments related to its Motion. SunStone seeks only to seal material that is specific to the Settlement Agreement between SunStone and F5, which discloses the exact terms of the settlement between the parties. *See Prosurance Grp., Inc.*, 2011 WL 704456, at *1.



- 3 -

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL                CASE NO. 4:21-CV-09529-YGR

### III. CONCLUSION

For the foregoing reasons, SunStone respectfully requests that the Court grant this motion and allow SunStone to file under seal the above referenced information.

.

Dated: January 3, 2025

Respectfully submitted,

DICKINSON WRIGHT PLLC

*/s/ Christopher E. Hanba*
Christopher E. Hanba

Christopher E. Hanba (*Pro Hac Vice*)
chanba@dickinsonwright.com
Michael D. Saunders (State Bar No. 259692)
msaunders@dickinsonwright.com
Joshua G. Jones (*Pro Hac Vice*)
jjones@dickinsonwright.com
Bryan D. Atkinson (*Pro Hac Vice*)
batkinson@dickinsonwright.com
Jordan E. Garsson (*Pro Hac Vice*)
jgarsson@dickinsonwright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Ariana D. Pellegrino (*Pro Hac Vice*)
apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200
Facsimile: (844) 670-6009



Jonathan D. Baker (State Bar No. 196062)
jdbaker@dickinsonwright.com
Dino Hadzibegovic (State Bar No. 267489)
dhadzibegovic@dickinsonwright.com
Mark H. Rogge (State Bar No. 298381)
mrogge@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

*Attorneys for Plaintiff
SunStone Information Defense, Inc.*



PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL      CASE NO. 4:21-CV-09529-YGR

1

PLAINTIFF'S MOTION TO VACATE JUDGMENT
AND CLAIM CONSTRUCTION ORDER                              CASE NO. 4:21-CV-09529-YGR