Christopher E. Hanba (admitted *pro hac vice*)
chanba@dickinson-wright.com
Joshua G. Jones (*pro hac vice* pending)
jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
jdbaker@dickinson-wright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
[Additional Counsel Listed On Signature Page]

***Attorneys for Plaintiff SunStone Information Defense, Inc.***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC.<br><br>Plaintiff,<br><br>v.<br><br>F5, INC.<br><br>Defendant | Case No. 4:21-cv-09529-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**PLAINTIFF'S MOTION TO RESCHEDULE HEARING** |

Plaintiff SunStone Information Defense, Inc. ("Sunstone") respectfully requests that the Court reschedule the hearing scheduled before The Honorable Judge Yvonne Gonzalez Rogers for February 11, 2025 at 2:00 p.m. PT for Plaintiff's Unopposed Motion to Vacate Judgment and Claim Construction Order Pursuant to Fed. R. Civ. P. 60(b) (the "Hearing").

1  Counsel for Sunstone is also lead counsel in *Force MOS Technology Co., Ltd. v. ASUSTeK
2  Computer, Inc.*, Case No. 2:22-cv-00460-JRG, United States District Court for the Eastern District
3  of Texas. On January 27, 2025, that case was reset for trial beginning on February 7, 2025, and is
4  expected to proceed through February 14, 2025.
5  Defendant F5, Inc. does not oppose this motion.
6  This motion does not prejudice Defendant F5, Inc.

Respectfully submitted,

Dated: January 29, 2025                DICKINSON WRIGHT PLLC

/s/ Christopher E. Hanba
Christopher E. Hanba (admitted *pro hac vice*)

Christopher E. Hanba (Pro Hac Vice)
chanba@dickinsonwright.com
DICKINSON WRIGHT PLLC
Joshua G. Jones (*pro hac vice* pending)
jjones@dickinson-wright.com
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Ariana D. Pellegrino (Pro Hac Vice)
apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200
Facsimile: (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
jdbaker@dickinsonwright.com
Dino Hadzibegovic (State Bar No. 267489)
dhadzibegovic@dickinsonwright.com
Mark H. Rogge (State Bar No. 298381)
mrogge@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

***Attorney for Plaintiff***
***SunStone Information Defense Inc.***