| | |
|---|---|
| Shane Brun (SBN #179079) <br> sbrun@kslaw.com <br> KING & SPALDING LLP <br> 601 California Street, Suite 100 <br> Palo Alto, California 94304 <br> Telephone: (650) 422-6700 <br> Facsimile: (650) 422-6800 <br><br> Angela Tarasi (*Pro Hac Vice*) <br> atarasi@kslaw.com <br> KING & SPALDING LLP <br> 1401 Lawrence Street, Suite 1900 <br> Denver, CO 80202 <br> Telephone: (720) 535-2319 <br><br> [Additional Counsel Listed On Signature Page] <br><br> ***Attorneys for Defendant F5, Inc.*** | Christopher E. Hanba (admitted *pro hac vice*) <br> chanba@dickinson-wright.com <br> Joshua G. Jones (*pro hac vice* pending) <br> jjones@dickinson-wright.com <br> DICKINSON WRIGHT PLLC <br> 607 W. 3rd Street, Suite 2500 <br> Austin, Texas 78701 <br> Telephone:  (512) 770-4200 <br> Facsimile:  (844) 670-6009 <br><br> Jonathan D. Baker (State Bar No. 196062) <br> jdbaker@dickinson-wright.com <br> DICKINSON WRIGHT RLLP <br> 800 W. California Avenue, Suite 110 <br> Sunnyvale, CA 94086 <br> Telephone:  (408) 701-6100 <br> [Additional Counsel Listed On Signature Page] <br><br> ***Attorneys for Plaintiff SunStone Information Defense, Inc.*** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC. <br><br>             Plaintiff, <br><br>   v. <br><br> F5, INC. <br><br>             Defendant | Case No. 4:21-cv-09529-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SunStone Information Defense, Inc. ("SunStone") and Defendant F5, Inc. ("F5") (collectively, the "Parties"), by and through their undersigned counsel, hereby state that the parties have resolved all matters in controversy between them. The Parties hereby stipulate to the dismissal of all of their claims and counterclaims in this action, **WITH PREJUDICE**, including all claims, defenses, and counterclaims that were raised or could have been raised in this action.

For this reason, the Parties ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| 1 | Dated: March 4, 2025 | Respectfully submitted, |
| 2 | DICKINSON WRIGHT PLLC | KING & SPALDING LLP |
| 3 | */s/ Christopher E. Hanba* | */s/ Shane Brun* |
| 4 | Christopher E. Hanba (admitted *pro hac vice*) | Shane Brun |

Dated: March 4, 2025

DICKINSON WRIGHT PLLC

/s/ Christopher E. Hanba
Christopher E. Hanba (admitted *pro hac vice*)

Christopher E. Hanba (Pro Hac Vice)
chanba@dickinsonwright.com
Michael D. Saunders (State Bar No. 259692)
msaunders@dickinsonwright.com
Joshua G. Jones (Pro Hac Vice)
jjones@dickinsonwright.com
Bryan D. Atkinson (Pro Hac Vice)
batkinson@dickinsonwright.com
Jordan E. Garsson (Pro Hac Vice)
jgarsson@dickinsonwright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Ariana D. Pellegrino (Pro Hac Vice)
apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200
Facsimile: (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
jdbaker@dickinsonwright.com
Dino Hadzibegovic (State Bar No. 267489)
dhadzibegovic@dickinsonwright.com
Mark H. Rogge (State Bar No. 298381)
mrogge@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

**Attorneys for Plaintiff
SunStone Information Defense Inc.**

Respectfully submitted,

KING & SPALDING LLP

/s/ Shane Brun
Shane Brun

Shane Brun
601 California Street, Suite 100
Palo Alto, California 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

Brent Ray (*Pro Hac Vice*)
bray@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6925

Stephen E. Baskin (*Pro Hac Vice*)
sbaskin@kslaw.com
Peter Schmidt (*Pro Hac Vice*)
pschmidt@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, 2nd Fl.
Washington, DC 20006-4707
Telephone: (202) 737-0500

**Attorneys for Defendant F5, Inc.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Upon consideration of Plaintiff SunStone Information Defense, Inc.'s and Defendant F5, Inc.'s Joint Stipulation of Dismissal:

**IT IS ORDERED** that the Joint Stipulation of Dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims for relief asserted between the parties are hereby dismissed **WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 5, 2025

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge